THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENLING SHU, an individual, | CASE NO. C21-1432-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DONG MA and SU BING, individually and the marital community comprised thereof, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion for an extension of time to answer (Dkt. No. 9). Defendants indicate they seek additional time to continue settlement negotiations. (*Id.* at 2.) But according to Plaintiff, those negotiations have stalled, (*see* Dkt. No. 12), and Defendants do not otherwise demonstrate good for the extension sought. Defendants shall file their answer, or responsive pleading, by December 10, 2021.

DATED this 3rd day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-1432-JCC
PAGE - 1