UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENLING SHU,<br><br>                    Plaintiff,<br><br>    v.<br><br>DONG MA,<br><br>                    Defendant. | CASE NO. 21-01432-LK<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO RENOTE MOTION AND EXTEND TIME FOR PLAINTIFF TO REPLY |

This matter comes before the Court on the parties' joint stipulated motion, Dkt. No. 29, to renote Plaintiff's pending motion for partial summary judgment, Dkt. No. 16, from January 14, 2022 to January 28, 2022. The parties further agree and stipulate that Plaintiff will file her Reply on the new noting date of January 28, 2022, per Local Civil Rule 7(d)(3).

Based upon the parties' stipulation and for good cause shown, it is hereby ORDERED that Plaintiff's Motion for Partial Summary Judgment Seeking Specific Performance (Dkt. No. 16) is renoted on the motion calendar for consideration on January 28, 2022. It is FURTHER

ORDER GRANTING JOINT STIPULATED MOTION TO RENOTE MOTION AND EXTEND TIME FOR PLAINTIFF TO REPLY - 1

1  ORDERED that Plaintiff shall file her Reply in Support of Motion for Partial Summary

2  Judgment Seeking Specific Performance by January 28, 2022.

3       The Clerk is directed to send uncertified copies of this Order to all counsel of record and

4  to any party appearing pro se at said party's last known address.

5       Dated this 14th day of January, 2022.

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING JOINT STIPULATED MOTION TO RENOTE MOTION AND EXTEND TIME FOR PLAINTIFF TO REPLY - 2